FILED '07 JAN 26 13:12 USDC-ORE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

THOMAS L. BRYAN,

           **Petitioner,**

     v.                                        Civil No.: 06-441-TC

GARY HALL, et al.

           **Respondent.**

## FINDINGS AND RECOMMENDATION

Plaintiff was ordered on April 25, 2006, to file an amended petition within 60 days of this court's order dismissing plaintiff's initial petition. To date nothing has been filed.

This action should be dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

Dated: January 26, 2007.

_____
United States Magistrate Judge

FINDINGS AND RECOMMENDATION